An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN DRYDEN,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67635

FILED

APR 1 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus/prohibition. Petitioner requests that he be released on his own recognizance. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. To the extent petitioner seeks an order compelling the district court to enter an order disposing of his post-conviction petition for a writ of habeas corpus, we are confident the district court will resolve all pending matters as expeditiously as its calendar permits. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-11324

cc: Hon. Kathleen E. Delaney, District Judge
Craig W. Drummond
Bryan Dryden
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A